IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Northern Division)

| | | |
|---|---|---|
| JAMES A. POWERS, | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.: 1:13-cv-01622-ELH |
| JEFF BRAUN, *et al.*, | * | |
| Defendants. | * | |

* * * * * * * * * * * * * *

**MOTION TO SEAL**

Pursuant to Local Rule 105.11, Defendant Jeff Braun ("Braun"), by his undersigned attorneys, moves to seal the Complaint filed by Plaintiff James A. Powers ("Powers"). The grounds for this motion are:

1. Powers is an attorney who formerly represented Braun in litigation in New York state court. In this litigation, Powers is suing Braun for breach of contract, alleging that Braun did not pay Powers's final invoice for work Powers performed relating to the New York litigation.

2. The Complaint in this case contains potentially attorney-client privileged and confidential information that Powers obtained by virtue of his attorney-client relationship with Braun. Much of that information is not reasonably necessary for Powers to allege to pursue his breach of contract claim against Braun.

3. Because Braun has not consented to the disclosure of any attorney-client privileged or confidential information that Powers obtained by virtue of his representation of

Braun, the Court should seal the Complaint.

WHEREFORE, Braun requests that this Court enter an Order, in accordance with Local Rule 105.11, sealing the Complaint.

Respectfully submitted,

/s/

Amy E. Askew (Bar No. 26709)
Catherine M. Manofsky (Bar No. 16119)
KRAMON & GRAHAM, P.A.
One South Street, Suite 2600
Baltimore, Maryland 21202
(410) 752-6030 (tel.)
(410 539-1269 (fac.)
aaskew@kg-law.com
cmanofsky@kg-law.com

Attorneys for Defendant Jeff Braun

Dated: July 23, 2013.

## CERTIFICATE OF SERVICE

I hereby certify that, on July 23, 2013, a copy of the foregoing Motion was served on all counsel of record via the Court's ECF system.

/s/
Catherine M. Manofsky